JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET RUBIO, | Case No. EDCV 07-928 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED:  June 4, 2008        /s/    ARTHUR NAKAZATO
                                   ARTHUR NAKAZATO
                          UNITED STATES MAGISTRATE JUDGE